ELIE WEILL et al., Appellants, *v.* JOSEPH MALONE et al., Respondents.

*Weill* v. *Malone*, 91 Hun, 261, affirmed.
(Argued March 24, 1899; decided April 25, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered December 12, 1895, upon an order affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term, and affirming an order denying a motion for leave to put in further evidence.

*David B. Hill* and *Eugene G. Kremer* for appellants.

*James C. Church* for respondents.

Judgment and order affirmed, with costs; no opinion.

All concur, except GRAY, O'BRIEN and HAIGHT, JJ., not voting.

---

GEORGE H. H. BUTLER, Appellant, *v.* FREDERICK C. PRENTISS, Respondent.

(Submitted April 17, 1899; decided April 25, 1899.)

Motion to amend remittitur denied, without costs. (See 158 N. Y. 49.)

---

GEORGE H. McPHERREN, Appellant, *v.* CHARLES M. HOMAN et al., Respondents.

(Submitted April 17, 1899; decided April 25, 1899.)

Motion for reargument denied, with ten dollars costs. (See 158 N. Y. 690.)